FILED: February 24, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4844
(6:13-cr-00022-NKM-10)
_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

LES CHRISTOPHER BURNS, a/k/a Chris,

        Defendant - Appellant.

_____

O R D E R
_____

Upon consideration of the joint motion to vacate filed on January 26, 2016, the court directs the parties to file supplemental briefs addressing (1) the court's jurisdiction to grant the relief requested, and (2) the substantive basis for the relief sought. The briefs shall not exceed 10 pages and should be filed within 14 days of this order.

For the Court

/s/ Patricia S. Connor, Clerk