UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 10, 2016

_____

COPY FOLLOW-UP NOTICE
_____

No. 14-4844,   US v. Les Burns
6:13-cr-00022-NKM-10

PAPER COPIES DUE: 03/15/2016

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing additional paper copies. Send sealed and redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested.

| Document | # of Copies | Required From: |
|---|---|---|
| Opening Brief | | |
| Response Brief | | |
| Reply Brief | | |
| Opening/Response Brief | | |
| Response/Reply Brief | | |
| Supplemental Brief | 2 | Appellee |
| Intervenor/Amicus Brief | | |
| Appendix | 2 | Appellee |
| Supplemental Appendix | | |

/s/ PATRICIA S. CONNOR, CLERK