# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

March 10, 2016

Paul Graham Beers
GLENN, FELDMANN, DARBY & GOODLATTE
P. O. Box 2887
Roanoke, VA 24001-2887


No. 14-4844,    US v. Les Burns
                6:13-cr-00022-NKM-10

Dear Mr. Beers:

Appellant's supplemental brief is currently due on 3/14/16. Please file three paper copies of the brief with the clerk's office at that time.

Sincerely,

/s/ Barbara H. Rowe
Deputy Clerk